IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLENE JANSON,

    Plaintiff,

v.                                      Case No.: DLB-19-79

REITHOFFER SHOWS, INC.,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SPECIAL VERDICT SHEET

1. Do you find the defendant, Reithoffer Shows, Inc., was negligent in a manner that proximately caused plaintiff Charlene Janson's injury on September 17, 2016?

    Yes ✓           No _____

If you answered Question 1 "no," do not answer any other questions.

If you answered Question 1 "yes," go to Question 2.

2. Do you find that Charlene Janson was contributorily negligent?

    Yes ✓           No _____

If you answered Question 2 "yes," go to Question 3.

If you answered Question 2 "no," go to Question 4.

3. Do you find that the defendant had the last clear chance to avoid the injury but failed to do so?

    Yes ✓           No _____

If you answered Question 3 "yes," go to Question 4.

If you answered Question 3 "no," do not answer Question 4 or 5.

4. Do you find that Charlene Janson assumed the risk?

   Yes _____          No __✓__

If you answered Question 4 "yes," do not answer Question 5.

If you answered Question 4 "no," go to Question 5.

5. In what amount, if any, do you award Charlene Janson non-economic damages:

   $ 350,000

Your foreperson should date and sign this verdict sheet and advise the Court Security Officer that you have reached a verdict.

Date: 5/7/2021          Jury Foreperson: **SIGNATURE REDACTED**

**SIGNATURE REDACTED**